In the Matter of IRVING WOLFSON, Respondent, *v.* MICHAEL J. CRUISE, as City Clerk of the City of New York, et al., Appellants.

Argued February 27, 1940; decided March 12, 1940.

*William C. Chanler,* Corporation Counsel (*Charles F. Mur-phy* and *Paxton Blair* of counsel), for appellants.

*George Kaminsky* and *Samuel M. Ostroff* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.